# In the United States Court of Federal Claims

No.17-495C
Filed: February 12, 2021

**JODY D. KIMBRELL,**

    *Plaintiff,*

**v.**

**UNITED STATES,**

    *Defendant.*

## ORDER

This case was reassigned to the undersigned on February 9, 2021, upon the recusal of Judge Schwartz, to whom it was only recently reassigned.

A review of the docket sheet reveals many unresolved motions, some dating back almost to the initiation of the case. For docket management purposes and to try to set the case on a path towards resolution, all pending motions are **DENIED**, and the Court adopts the following schedule.

The plaintiff shall file a renewed motion to amend her complaint by **February 26, 2021**. The defendant shall file a response to the renewed motion to amend the complaint and shall file a renewed motion to dismiss, including updated citations and references in its brief, by **March 26, 2021**. The plaintiff shall file her opposition to the renewed motion to dismiss and a reply brief in support of her renewed motion to amend her complaint by **April 23, 2021**. The defendant shall file its reply brief in support of its renewed motion to dismiss by **May 7, 2021**.

The plaintiff is prohibited from filing any pleading, brief, submission, or motion with the Court, aside from those specifically directed in the preceding paragraph, unless she first moves for leave from the Court for the proposed filing, and the Clerk shall reject any such filings except for those motions and briefs specified in the preceding paragraph or a motion for leave to file a document, unless such filing has been specifically authorized by the Court. This prohibition on the plaintiff shall be in effect until the Court resolves the defendant's renewed motion to dismiss.

It is so **ORDERED**.

                                                            s/ Richard A. Hertling
                                                            **Richard A. Hertling**
                                                            **Judge**